# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MARCUS HAWKINS,

    Petitioner,

  v.

GREG GRAMS, Warden,
Columbia Correctional Institution,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   08-cv-226-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
by Deputy Clerk

6/25/08
_____
Date