# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MARCUS HAWKINS,

    Petitioner,

  v.

GREG GRAMS, Warden,
Columbia Correctional Institution,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   08-cv-226-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Marcus Hawkins for a writ of habeas corpus is DISMISSED because it is an unauthorized successive collateral attack over which this court lacks jurisdiction.

PETER A. OPPENEER
_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**

**by Deputy Clerk**

12/3/08
_____
Date